460 A.2d 842

Commonwealth v. Elliott, Appellant.

Before WIEAND, BECK and MONTEMURO, JJ.

Order affirmed.

460 A.2d 843

Commonwealth v. Kerry a/k/a Carey, Appellant.

Petition for Allowance of Appeal
Denied Nov. 21, 1983.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Judgment of sentence affirmed.